IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHARLES IDLEMAN, on behalf of himself and all others similarly situated, | * * * |
| Plaintiff, | * |
| vs. | *    No. 4:11cv00367 SWW |
| | * * |
| FORD MOTOR COMPANY and NAVISTAR, INC., | * * * |
| Defendants. | * |

## ORDER

The unopposed motion [doc.#4] of defendant Ford Motor Company to stay its obligation to respond to plaintiff's complaint pending transfer of this action to the MDL court is hereby granted. Upon transfer, Ford Motor Company will respond to the complaint in accordance with the schedule set forth by the MDL court.

IT IS SO ORDERED this 20th day of May 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE